# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER D. DOUGHERTY; C&D PROFESSIONAL SERVICES, INC. dba C&N WEALTH MANAGEMENT; JTA FARM ENTERPRISES, LLC; and JTA REAL ESTATE HOLDINGS, LLC,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 19-CV-769 JLS (KSC)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>(ECF No. 17) |

　　Presently before the Court is Plaintiff Securities and Exchange Commission's ("Plaintiff" or "SEC") Motion to Withdraw as Counsel of Record ("Mot.," ECF No. 10). Plaintiff notes that its counsel of record Amy J. Longo is separating from the SEC but that counsel of record Jennifer Chun Barry will continue to represent Plaintiff in this matter. *Id.* at 1.

/ / /

/ / /

/ / /

1    Good cause appearing, the Court **GRANTS** Plaintiff's Motion. The Clerk of the
2    Court **SHALL TERMINATE** Ms. Longo as counsel of record for Plaintiff.
3        **IT IS SO ORDERED.**
4    Dated: March 17, 2022

                                                  *Janis L. Sammartino*
                                                Hon. Janis L. Sammartino
                                                United States District Judge