UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER D. DOUGHERTY; C&D PROFESSIONAL SERVICES, INC. dba C&N WEALTH MANAGEMENT; JTA FARM ENTERPRISES, LLC; and JTA REAL ESTATE HOLDINGS, LLC,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 19-CV-769 JLS (KSC)<br><br>**CORRECTED FINAL JUDGMENT AS TO DEFENDANT C&D PROFESSIONAL SERVICES, INC. dba C&N WEALTH MANAGEMENT**<br><br>(ECF Nos. 19, 24 & 25) |

　　　The Court having granted Plaintiff Securities and Exchange Commission's (the "SEC") Motion for Entry of Default Judgment Against Defendants C&D Professional Services, Inc. dba C&N Wealth Management ("C&D"); JTA Farm Enterprises, LLC ("JTA Farm"); and JTA Real Estate Holdings, LLC ("JTA Real Estate") (together, the "Entity Defendants"); and having granted the SEC's request for permanent injunctive relief against the Entity Defendants on February 27, 2020, *see* ECF No. 15, hereby further **GRANTS** the SEC's request for entry of final judgment against Defendant C&D as follows:

///

## I.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant C&D is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a)   to employ any device, scheme, or artifice to defraud;

(b)   to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c)   to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise:

(a) Defendant C&D's officers, agents, servants, employees, and attorneys; and

(b) other persons in active concert or participation with Defendant C&D or with anyone described in (a).

## II.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant C&D is permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77q(a), in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

(a)   to employ any device, scheme, or artifice to defraud;

/ / /

(b) to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c) to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise:

(a) Defendant C&D's officers, agents, servants, employees, and attorneys; and

(b) other persons in active concert or participation with Defendant C&D or with anyone described in (a).

### III.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant C&D is permanently restrained and enjoined from violating Sections 206(1) and (2) of the Investment Advisers Act of 1940 (the "Advisers Act"), 15 U.S.C. §§ 80b-6(1) & (2), by, while acting as an investment adviser, using the mails or any means or instrumentality of interstate commerce, directly or indirectly:

(a) to employ any device, scheme, or artifice to defraud any client or prospective client; or

(b) to engage in any transaction, practice, or course of business which operates as a fraud or deceit upon any client or prospective client.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise:

(a) Defendant C&D's officers, agents, servants, employees, and attorneys; and

/ / /

(b) other persons in active concert or participation with Defendant C&D or with anyone described in (a).

## IV.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## V.

There being no just reason for delay, pursuant to Federal Rule of Civil Procedure 54(b), the Clerk of the Court **SHALL ENTER** this Final Judgment forthwith and without further notice.

**IT IS SO ORDERED.**

Dated: August 26, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge